IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.   16-63213-SMS |
| | ) | |
| DAVID M. QUINN, | ) | CHAPTER   7 |
| | ) | |
| Debtor. | ) | |
| | ) | |

NOTICE OF DEPOSIT OF UNCLAIMED
FUNDS INTO REGISTRY OF COURT

Neil C. Gordon, the Trustee of the named estate, hereby shows the following:

1.  In accordance with 11 U.S.C. Section 347(a), payment has been stopped on all checks of the estate which remain unpaid, as identified in Paragraph 2.  The total sum of these checks is $1,427.80, which has been deposited with the Court for disposition pursuant to 28 U.S.C. Sections 2041 *et. seq.*

2.  Pursuant to Federal Rules of Bankruptcy Procedure 3011, the last known name and address of each entity whose final dividend check has not been presented for payment and the amount that such entity is entitled to be paid from the property of the estate which has been paid into the Court is as follows:

**Name and Last Known Addresses**                                **Amount**

Snap Advances LLC                                                $1,427.80
136 E. South Temple #2420

14134844v1

Salt Lake City, UT  84111

        ARNALL GOLDEN GREGORY LLP

        /s/ Neil C. Gordon
        Neil C. Gordon, Chapter 7 Trustee
        State Bar No. 302387

171 17th Street, N.W., Suite 2100
Atlanta, Georgia 30363-1031
(404) 873-8596
Neil.Gordon@agg.com

14134844v1

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above Notice of Deposit of Unclaimed Funds into Registry of Court was sent correctly addressed with proper postage by First Class U.S. Mail to the following:

Office of the U.S. Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, S.W.
Atlanta, Georgia  30303

Matthew C. Hines
Law Office of Matthew C. Hines
Building 500
1900 The Exchange SE
Atlanta, GA 30339

David M. Quinn
915 Pine Oak Trail
Austell, GA 60168

Snap Advances LLC
136 E. South Temple #2420
Salt Lake City, UT  84111

Snap Advances
c/o Joseph M. R. Covey
101 South 200 East, Ste 700
Salt Lake City, UT 84111-3105

Snap Advances
Attn: Marie Bondaruk
1182 W. 2400 S
West Valley City, UT 84119-8510

This 14th day of October, 2019.

/s/ Neil C. Gordon
Neil C. Gordon, Trustee
State Bar No. 302387

14134844v1